E-FILED
Wednesday, 05 February, 2020 02:56:42 PM
Clerk, U.S. District Court, ILCD

FILED
FEB 0 5 2020
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| vs. | ) | Case No. 19-CR-20075 |
| JENNA FOREMAN, PHILIP REDMOND, and NATHAN SIMS, | ) | Title 21, United States Code, Sections 846, 841(a)(1) and (b)(1)(A). |
| Defendants. | ) | |

### SUPERSEDING INDICTMENT

### COUNT 1
(Conspiracy to Distribute and Possess With Intent to Distribute Methamphetamine)

**THE GRAND JURY CHARGES:**

Beginning on an unknown date but no later than on or about October 1, 2019, and continuing to on or about October 7, 2019, in Coles County, in the Central District of Illinois and elsewhere,

**JENNA FOREMAN, PHILIP REDMOND and NATHAN SIMS,**

defendants herein, did knowingly and intentionally conspire and agree with each other and other persons, both known and unknown to the grand jury, to possess with intent to distribute and to distribute controlled substances, specifically: (1) fifty grams or more of methamphetamine (actual), a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 846 and 841(a)(1) & (b)(1)(A)(viii).

## COUNT 2
### (Possession of Methamphetamine With Intent to Distribute)

**THE GRAND JURY CHARGES:**

Beginning on an unknown date but no later than on or about October 1, 2019, and continuing to on or about October 7, 2019, in Coles County, in the Central District of Illinois and elsewhere,

**JENNA FOREMAN, PHILIP REDMOND, and NATHAN SIMS,**

defendants herein, knowingly and intentionally possessed with intent to distribute 50 grams or more of methamphetamine (actual), a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1) & (b)(1)(A)(viii), and Title 18, United States Code, Section 2.

## SPECIAL FINDINGS

In connection with the offenses set forth in Counts One and Two of this Superseding Indictment, the following factors are relevant to determining the sentence of the defendant, **NATHAN SIMS**, pursuant to Title 21, United States Code, Section 851:

1. On or about July 12, 2017, defendant **NATHAN SIMS** was convicted in Clay County (Illinois) Circuit Court case number 2017-CF-27 of the offense of Methamphetamine Delivery / 5<15 grams, a serious drug felony offense, and, as a result:

    a. The defendant, **NATHAN SIMS**, served a term of imprisonment of more than 12 months; and

b.  The defendant, **NATHAN SIMS**, was released from imprisonment within 15 years of the commencement of the offenses alleged in Counts One and Two of this Superseding Indictment.

A TRUE BILL.

s/Foreperson

FOREPERSON

s/John Milhiser

JOHN C. MILHISER
United States Attorney
BDF