FILED JUN 17 2020 CLERK OF THE COURT U.S. DISTRICT COURT CENTRAL DISTRICT OF ILLINOIS URBANA, ILLINOIS

E-FILED Thursday, 18 June, 2020 08:40:37 AM Clerk, U.S. District Court, ILCD

Nathan K. Sims

6.11.2020

Case # 2019CR20075

Honorable Eric Long,

    I am writing you to express some concerns that I have about my case and my attorney. Steven Sarm was assigned to be my court appointed counsel. I am requesting that Mr. Sarm be relieved of his duties as my legal counsel and that a different attorney be appointed to defend me in this case. I have no faith in Mr. Sarm or that he has my best interest at heart. I fear that there is a conflict of interest present between Mr. Sarm, law enforcement and myself.

    I was given an opportunity to replace Mr. Sarm the last time that I was present in your courtroom on February 21, 2020. I elected to move forward with James Martinkus as my counsel. That day in your courtroom at the defense table, Mr. Martinkus explained to me the issues that had prevented Mr. Sarm from appearing in court that day. Mr. Martinkus also explained to me that he had forty years of experience practicing law and that if I chose to keep him as my counsel that there would be no conflict of interest. I was under the impression that Mr. Martinkus was taking over as my attorney at that time.

    I also spoke on the phone with Mr. Martinkus on March 9th and April 1st. During each of these conversations, Martinkus gave no indication that he was not going to be handling my case. When I called his office on June 3rd, I was told by his assistant (Brooke) that Mr. Martikus was only co-counsel in my case. She stated that I seek Mr. Sarm

Nathan K. Sims Case #2019CR20075

from that point on and that any further contact that I had with James Martinkus in the future would be "purely incidental". It seems that the plan was to stall me until Mr. Sarm completed treatment.

Another concern of mine is that Martinkus and Sarm have both refused to send me any of my discovery. During my April 1st phone conversation with Martinkus, he stated that he received my discovery. He claimed that he intended to bring it to me personally so that we could go over it together. I suggested that he mail it to me so that I could be better prepared to discuss it when we finally met. He claimed that it was not safe to send the discovery as legal mail to the jail. Other detainees at this facility receive legal mail without issues, so him suggesting that there would be an issue seemed odd. I wanted to give Mr. Martinkus the benefit of the doubt and I understand that Covid-19 has slowed the legal process and that I needed to be patient.

Then, during my June 3 call to the office of Mr. Martinkus, after his assistant informed me that Martinkus was no longer participating in my defense, my call was transferred to Steven Sarm. Sarm also claimed that he wanted to discuss the discovery in my case in person. He said that he was not allowed to give me my own copies of the discovery. During another call I made to Mr. Sarm on June 9th, he told me again that I was not allowed to have my discovery and that there were ethical rules in place that prevented him from

Nathan K. Sims                                    Case #2019CR20075

sending any information to me. When I mentioned that other detainees who are being held here while they go through the Federal court system had their entire discovery, he asked if those detainees had hired their attorneys or if they had been appointed. I told him that some had paid for their attorneys and some had been appointed. Would he defend my case differently if he had been paid by me instead of the Federal government? Is he suggesting that I have less rights because I was not able to afford an attorney?

    I regret that I did not accept your offer to switch to a different attorney on February 21. The reason for my not switching was that I was under the impression that James Martinkus was to be my new counsel. I fear the possible conflict of interest that was discussed in February. I pray that the court will grant my request for a new attorney. Also, I would like to request that a copy of all discovery documents be sent to me at the address below. I very much appreciate your consideration in these matters.

Warm regards,

*[signature]*

Nathan K. Sims
Inmate # 506743
Jerome Combs Detention Center
3050 S. Justice Way
Kankakee, IL 60901